# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD, | Case No. 2:20-cv-02186-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants. | |

## I. DISCUSSION

On September 24, 2021, I screened Plaintiff Keith Paul Bird's complaint and concluded that the complaint appeared to be duplicative of a complaint filed in a previous case. ECF No. 5 at 3-4. I ordered Bird to show cause in writing why this action should not be dismissed as duplicative of the previous case. *Id.* at 5. Alternatively, I gave Bird the option of filing a motion to voluntarily dismiss this action if Bird agreed that this action was duplicative of the previous case. *Id.*

Bird has now filed a motion for voluntary dismissal in which he alleges that the law library initiated this duplicative action without his knowledge. ECF No. 6. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). I grant Bird's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case.

## II. CONCLUSION

For the foregoing reasons, I order that the motion for voluntary dismissal (ECF No. 6) is granted.

I further order that this action is dismissed in its entirety without prejudice.

I further order the Clerk of the Court to enter judgment accordingly and close this case.

I further order that Bird's application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

DATED: November 1, 2021

_____
UNITED STATES DISTRICT JUDGE

2